1  SCOTT SCHOOLS
   United States Attorney
2  450 Golden Gate Ave (11th Floor)
   San Francisco, CA 94102
3  Telephone: (415) 436-7200

4  Attorneys for the United States

FILED

2007 NOV -9  P 2: 27

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,            )   CRIMINAL NO. 07-70675 HRL
                                     )
        Plaintiff,                   )
                                     )   NOTICE OF PROCEEDINGS ON
   v.                                )   OUT-OF-DISTRICT CRIMINAL
                                     )   CHARGES PURSUANT TO RULES
Juan Rafael Zafra-Gomez              )   5(c)(2) AND (3) OF THE FEDERAL RULES
                                     )   OF CRIMINAL PROCEDURE
        Defendant.                   )
                                     )
_____)

   Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on 11/9/07, the above-named defendant was arrested based upon an arrest warrant (copy attached) issued upon an

   ☐ Indictment    ☐ Information    ☒ Criminal Complaint    ☐ Other _____

pending in the Southern District of California Case Number 07mJ2559

   In that case, the defendant is charged with a violation(s) of Title(s) 21 United States Code, Section(s) 841(a)(1)

Description of Charges: Possession of a Controlled Substance with Intent to Distribute

                                         Respectfully Submitted,
                                         SCOTT SCHOOLS
                                         UNITED STATES ATTORNEY

Date: 11/9/07                            _____
                                         Assistant U.S. Attorney

1

FILED
07 OCT 30 AM 10:57
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA  '07 MJ 2559

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate's Case No.: |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | Title 21 U.S.C. § 841(a)(1) Possession of a Controlled Substance with Intent to Distribute |
| ZAFRA-Gomez, Juan Rafael | |
| Defendant | |

RECEIVED
2007 OCT 30 AM 11:58
U.S. MARSHAL
SOUTHERN DISTRICT OF CA

The undersigned complainant duly sworn states:

That on or about October 15, 2007, within the Southern District of California, defendant Juan Rafael ZAFRA-Gomez did knowingly and intentionally possess with intent to distribute approximately 13.2 pounds of Methamphetamine, a Schedule I Controlled Substance, in violation of Title 21 United States Code, Section 841(a)(1).

And the complainant states that this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

Christopher Swartz, Special Agent
Drug Enforcement Administration

Sworn to before me and subscribed in my presence, October 30, 2007.

UNITED STATES MAGISTRATE JUDGE

1 UNITED STATES OF AMERICA
2 v.
  ZAFRA-Gomez, Juan Rafael
3 STATEMENT OF FACTS
4    I, Special Agent Christopher Swartz, of the Drug Enforcement
5 Administration, declare under penalty of perjury, the following is
6 true and correct:
7    On October 15, 2007, at approximately 5:30pm, United States
8 Border Patrol Agent (USBPA) Joaquin Ayala was working lanes one
9 and two of the San Clemente Border Patrol Checkpoint. Around the
10 same time a 2001 Mazda MPV mini-van, CA license 5EAP803, occupied
11 twice was stopped by USBPA Ayala. USBPA Ayala asked the driver
12 his citizenship. The driver, later identified as Juan Rafael
13 ZAFRA-Gomez, stated that he is a permanent resident of the United
14 States. USBPA Ayala asked to see his permanent resident card and
15 ZAFRA-Gomez produced a valid card. When USBPA Ayala questioned
16 the passenger, later identified as Domingo SAPIEN-Soto, as to his
17 citizenship, ZAFRA-Gomez spoke up on SAPIEN-Soto's behalf,
18 stating that SAPIEN-Soto is also a resident. USBPA Ayala asked
19 ZAFRA-Gomez to not speak for SAPIEN-Soto and then asked SAPIEN-
20 Soto if he is a legal resident. USBPA Ayala referred the vehicle
21 and the two occupants to secondary inspection.
22
23
24   While in secondary inspection USBPAs Ortiz and Gonzalez
25 questioned ZFARA-Gomez and SAPIEN-Soto as to their citizenship.
26 ZAFRA-Gomez presented a valid permanent resident card to USBPA
27 Gonzalez. SAPIEN-Soto stated that he is a citizen and national
28

of Mexico. USBPA Gonzalez asked ZAFRA-Gomez how he knew his passenger (SAPIEN-Soto) and ZAFRA-Gomez stated that he is his good friend of many years. USBPA Ortiz asked SAPIEN-Soto if he had any immigration documents that would allow him to be or remain in the United States legally. SAPIEN-Soto stated that he did not. SAPIEN-Soto further stated that he did not know the driver (ZAFRA-Gomez). SAPIEN-Soto stated that ZAFRA-Gomez picked him up at a gas station near San Ysidro, California earlier that day. SAPIEN-Soto was arrested and transported to the San Clemente Border Patrol station for processing. ZAFRA-Gomez was also arrested for possible alien smuggling.

While being questioned at the Border Patrol station ZAFRA-Gomez stated that he had earlier crossed the border into Mexico to visit his girlfriend. Record Checks conducted utilizing the Treasury Enforcement Communications System (TECS) showed the 2001 Mazda mini-van with California license 5EA0803, as crossing into the U.S. from Mexico through the San Ysidro Port of Entry at approximately 4:35pm, on October 15, 2007. ZAFRA-Gomez stated that he encountered SAPIEN-Soto, who needed a ride to Los Angeles, California, while he stopped at a gas station in San Ysidro, California. ZAFRA-Gomez's fingerprints were entered into the IDENT/IAFIS Biometric system and came back positive with an arrest at the San Ysidro Port of Entry on 03/02/2007 (ZAFRA-Gomez attempted to elude inspection and gain admission into the U.S.).

1 SAPIEN-Soto was determined as being in the United States
2 illegally and was entered in the IDNET/IAFIS Biometric system and
3 came back with a bench warrant for his arrest. The Santa Clara
4 County Sheriff's department was notified by USBPA S. McVicker of
5 the warrant and the Sheriff's department decided not to arrest
6 SAPIEN-Soto for the warrant since it was a misdemeanor.
7
8 Border Patrol Agents released ZAFRA-Gomez because he did not
9 meet prosecution guidelines. The vehicle was seized by the
10 United States Border Patrol Asset Forfeiture Office. SAPIEN-Soto
11 was given a voluntary return to Mexico.
12
13 On October 19, 2007, at approximately 3:45pm, USBPA James
14 Harlan conducted an initial screening at the United States Border
15 Patrol station located at 3752 Beyer Blvd San Ysidro, California,
16 on the seized 2001 Mazda MPV mini-van California license 5EAP803,
17 previously driven by ZAFRA-Gomez. At the Border Patrol station
18 USBPAs De Jesus and Olsen were operating a non-intrusive X-ray
19 machine. The X-ray machine showed an anomaly in the rear quarter
20 panels of the vehicle. The quarter panels were removed and
21 revealed seven (7) cellophane wrapped packages weighing
22 approximately 13.2 lbs. USBPA Harlan opened one of the packages
23 and revealed a crystallized clear substance. USBPA Harlan tested
24 the substance with a Markit test kit, as witnessed by USBPA
25 Matthew Rainwater, which tested positive as methamphetamine.
26 USBPA Harlan then contacted Drug Enforcement Agents at Operation
27 Alliance.
28

On October 19, 2007, at approximately 5:30pm, Drug Enforcement Administration Special Agents Christopher Swartz and Leo Tanlu took custody of the seven bundles of methamphetamine.

Christopher Swartz, Special Agent
Drug Enforcement Administration

FID no. 1405708

# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

v.

Juan Rafael ZAFRA-Gomez

**WARRANT FOR ARREST**

CASE NUMBER: 07 MJ 2559

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST **Juan Rafael ZAFRA-Gomez**
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

___ Indictment ___ Information _X_ Complaint ___ Order of court ___ Violation Notice ___ Probation Violation Petition

charging him or her with (brief description of offense)

in violation of Title __21__ United States Code, Section __841 (a)(1)__.

**Louisa Porter**
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

RECEIVED 2007 OCT 30 AM 11:58 U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

Signature of Issuing Officer

October 30, 2007, San Diego, California
Date and Location

(By) Deputy Clerk

Bail Fixed at $ __No Bond__     by     _____
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the abovenamed defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

CLASS I 'Z'     DEA     3579 (Poss of Meth)

## MAGISTRATE JUDGE INFORMATION SHEET

MAGISTRATE CASE NUMBER  07 mJ _____

1. Hearing Date _____  2. AUSA W&C  3. Mag Judge: _Porter_____
4. USAO # _____  5. Agency # _____
6. Defendant #: __1__ of __1__  7. Case Agents: Chris Swartz/Leo Tanlu  619 520 5087 / 619 572-2242
8. Charges:  21 USC 841 (a)(1) _____
9. Defendant's Name: ZAFRA-Gomez, Juan Rafael___  10. Social Security #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__
11. Alias: NA   12. Birth Date: 11/28/1974 _____
13. Address: 1730 Seabright Ave. Santa Cruz, California, 95062
14. Arrest Date: N/A   15. Place of Arrest: Not arrested
16. Date Committed: _____
17. Agent(s): Swartz/Tanlu _____  18. Office Phone #: 619-617-4500
19. Agency: Drug Enforcement Administration   20. Station: San Ysidro Resident Office
21. Custody: Yes ____  No  X ____
22. Citizenship: U.S ____  Mex X ____  Other _____
23. INS Status: Res  X ____  BCC ____  Illegal ____  Other _____
24. Prior Deports: March 2, 2007 _____  25. IDENT Hits: __Yes_____
26. Prior Record
27. Drug Usage: Unknown_  How Evidenced? N/A.
28. Cash on Defendant: ____  29. Other Evidence _____
30. Agents Fact Summary:  _Paul David LATIFF was driving a vehicle that contained 6 kgs of methamphetamine hidden in a compartment.__
31. Agents info re: defendant (Employment, Family, etc.) Unknown, Juan ZAFRA, Maria GOMEZ
32. Def Attorney: Appointed _____  Retained _____
33. DEFENSE ATTORNEY: _____  PHONE NUMBER: _____
34. Next Date for: PH Removal Date _____ Time _____ Detention Date _____ Time _____
35. Bond Set: _____
36. Material Witness Custodial Status: Custody _____ Not in Custody
37. MATERIAL WITNESS ATTORNEY: _____  PHONE NUMBER: _____
Court's Orders/Motions Government's Notes for Bail
_____

MJ Info Sheet (1b) 11/5/04