UNITED STATES DISTRICT COURT
Northern District of California
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535-5363

FILED

November 16, 2007

2007 DEC -6  P 3: 11

**Clerk of the Court**
U.S. District Court of the Southern California
4290 Edward J. Schwartz US Courthouse
880 Front St.,
San Diego, CA 92101-8900

RECEIVED RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.
NOV 2 6 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

| | |
|---|---|
| Case Name: | USA-Juan Rafael Zafra-Gomez  2559 |
| Case Number: | 5-07-70675-HRL  (Your Case#07MJ2259) |
| Charges: | 21:841(a)(1) |

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Howard R. Lloyd. The following action has been taken:

(X) The U.S. Marshal has been ordered to remove this defendant to your district forthwith.

( ) The defendant has a court appearance in your court on:

Enclosed are the following documents:
original Rule 5 affidavit
original minute orders
certified copy of *AO 94, Commitment to Another District*
Certified docket sheets

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: *Cita F. Escalano*
Case Systems Administrator

Enclosures
cc: Financial Office

---

Receipt of the above-described documents is acknowledged herewith and assigned case number:

Date: 11/26/07

CLERK, U.S. DISTRICT COURT
By P. DE LA CRUZ
Deputy Clerk